# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No**: Cv. 04-6227-MA  **Proceeding Date:** July 27, 2005

**Case Title:** VICTORIA L. POAGE V. JO ANNE B. BARNHART, Comm'r, Social Security Adm.

**Presiding Judge**: Malcolm F. Marsh  **Courtroom Deputy**: Connie Armstrong

**Reporter:**  **Tape No:**

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |
| (4) | (4) |

NOTIFICATION:

**Docket** Entry:

ORDER Granting the Stipulated Motion for Entry of Order Awarding Attorney's Fees and Legal Assistant Fees Pursuant to EAJA (#15). See Supplemental Judgment.

**Document Number:** _____
**CIVIL MINUTES**